UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:
Danny Goodman, Jr.                                         Case No. 6:15-bk-01852-CCJ
                                                           Chapter 7
    Debtor.
_____/
Danny Goodman, Jr.
                                                           Adv. Pro. No. 6:15-ap-00062-CCJ
    Plaintiff/Debtor,
v.

The State of California acting by and
through the State Board of Equalization,

    Defendant.
_____/

## AMENDED CERTIFICATE OF SERVICE

I, DENISE D. DELL-POWELL, ESQUIRE, certify that service of the Summons and Complaint to Determine Dischargeability of Debts Pursuant to 11 U.S.C. § 523 was made on June 4, 2015 by FedEx overnight delivery and by regular U.S. Mail to the following:

**Executive Director**
**California State Board of Equalization**
**450 N. Street, MIC: 73**
**Sacramento, CA 95814**

I further certify that service of the Administrative Order Prescribing Procedures for Adversary Proceedings, Administrative Order FLMB-2014-10, was made on July 9, 2015 by Email to Dana.Flanagan-McBeth@boe.ca.gov and by regular U.S. Mail to: Dana Flanagan-McBeth, State Board of Equalization Legal Department, 450 N. Street, MIC:82, P. O. Box 942879, Sacramento, CA 94279-0082, Attorney for Defendant.

Dated July 9, 2015.

                                                    Respectfully submitted,

                                                    */s/ Denise D. Dell-Powell*
                                                    **Denise D. Dell-Powell, Esq.**
                                                    Florida Bar No. 0890472
                                                    Email:  ddpowell@burr.com
                                                    **BURR & FORMAN LLP**
                                                    200 S. Orange Avenue, Suite 800
                                                    Orlando, FL 32801
                                                    Telephone:  (407) 540-6600
                                                    Facsimile:  (407) 540-6601
                                                    **ATTORNEYS FOR DEBTOR**

24596849 v1